# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2285
LT Case No. 2013-CF-002406-A

———————————————

DARWIN J. FIFIELD, SR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.800 Appeal from the Circuit Court for Marion County.
Robert William Hodges, Judge.

Darwin J. Fifield, Sr., Punta Gorda, pro se.

James Uthmeier, Attorney General, Tallahassee, and
Robin A. Compton, Assistant Attorney General, Daytona
Beach, for Appellee.

November 4, 2025

PER CURIAM.

AFFIRMED.

JAY, C.J., and MAKAR and MACIVER, JJ., concur.

―――――――――――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――――――――――――